JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXXANDRA JARRETT,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MERCEDES-BENZ FINANCIAL SERVICES USA LLC,<br><br>　　　　　　　Defendant. | Case No. 2:25−cv−09218-FLA (SSCx)<br><br>**ORDER REMANDING ACTION [DKTS. 11, 14]** |

1

1   On November 26, 2025, Plaintiff Alexxandra Jarrett ("Plaintiff") and Defendant Mercedes-Benz Financial Services USA LLC ("Defendant") filed a Stipulation to Grant Plaintiff Leave to File a First Amended Complaint ("FAC"), to Vacate the Scheduling Conference, and to Remand the Case to State Court ("Stipulation"). Dkt. 11.  On December 2, 2025, the court approved that Stipulation and stated it would issue an order remanding the action to Los Angeles County Superior Court upon Plaintiff's filing of the FAC.  Dkt. 14.

The court, having received Plaintiff's FAC (Dkt. 15), hereby ORDERS as follows:

1. The court REMANDS the action to the Los Angeles County Superior Court, Case No. 25TCV16478.
2. All dates and deadlines in this court are VACATED.
3. The clerk of the court shall close the action administratively.

IT IS SO ORDERED.

Dated: December 4, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge

2